# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

IN RE:  **Gualberto Hinojosa**    CASE NO  **16-35156-H2-7**

CHAPTER  **7**

*AMENDED 12/13/2016*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/13/2016                    Signature  /s/ Gualberto Hinojosa
                                               *Gualberto Hinojosa*

Date  _____           Signature  _____

```
AMCOL Systems, Inc.                HCTRA
Amcol Systems, Inc.                Dept 1- Violations
PO Box 21625                       P O Box 4440
Columbia, SC 29221                 Houston, Texas 77210


Bruce A. Baughman P.C              Human Resources & Risk
1109 West Baker Road               Management
Baytown, Texas 77521               1310 Praire, Suite 400
                                   Houston, TX   77002


Capital One                        Moss Law Firm, P.C.
PO Box 30285                       P.O. Box 3340
Salt Lake City, UT 84130           Lubbock, TX   79452-3340


Chase Card Services                Portfolio Recovery Associates
Attn: Correspondence Dept          P O Box 41067
PO Box 15298                       Norfolk, VA. 23541
Wilmingotn, DE 19850


Citibank/Best Buy                  T-Mobile
Centralized                        P.O. Box 37380
Bankruptcy/CitiCorp Credit S       Albuquerque, NM  87176
PO Box 790040
St Louis, MO 63179

Concentricrm
Po Box 550609
Houston, TX 77255



Credit Management, LP
Attn: Bankruptcy
PO Box 118288
Carrolton, TX 75011


Discover Financial
PO Box 3025
New Albany, OH 43054



DSRM National Bank/Diamond
Shamrock/Vale
PO Box 631
Amarillo, TX 79105


ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256
```